UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
KWAME OWUSU,

        Plaintiff,

  -against-                          05 Civ. 6981 (DAB)
                                        ORDER

NEW YORK STATE INSURANCE, et al.,

        Defendants.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.

    Pursuant to his letter dated February 16, 2006 and his Motion filed on February 21, 2006, Plaintiff is granted leave to amend his Complaint.

    SO ORDERED.

Dated:    New York, New York
          March 7, 2006

                                      Deborah A. Batts
                              United States District Judge